```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46459
   WAYNE A CLARK
   CHRISTY N CLARK                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-8568    SSN XXX-XX-5849

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/17/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE      4100.00            .00        4100.00
AHS                      UNSECURED         NOT FILED           .00            .00
AMERICAN HOME SHIELD     NOTICE ONLY       NOT FILED           .00            .00
AT&T WIRELESS            UNSECURED           793.40            .00         793.40
AT&T WIRELESS            NOTICE ONLY       NOT FILED           .00            .00
AT & T                   NOTICE ONLY       NOT FILED           .00            .00
CANSLER HEALTH ASSOCIATE UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED           .00            .00
CITI CARD                UNSECURED         NOT FILED           .00            .00
CITIBANK                 NOTICE ONLY       NOT FILED           .00            .00
H F MEDICAL ACCOUNTS INC UNSECURED         NOT FILED           .00            .00
H-F MEDICAL ASSOCIATES I NOTICE ONLY       NOT FILED           .00            .00
CAVALRY INVESTMENTS      UNSECURED          1040.00            .00        1040.00
HFC NEVADA               NOTICE ONLY       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED           470.48            .00         470.48
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY       NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY       NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS    UNSECURED         NOT FILED           .00            .00
NICOR GAS                UNSECURED           232.28            .00         232.28
ORCHARD BANK             UNSECURED         NOT FILED           .00            .00
ORCHARD BANK             NOTICE ONLY       NOT FILED           .00            .00
RJM ACQUISITIONS         NOTICE ONLY       NOT FILED           .00            .00
B-LINE LLC               UNSECURED           675.92            .00         675.92
READERS DIGEST           UNSECURED         NOT FILED           .00            .00
READERS DIGEST           NOTICE ONLY       NOT FILED           .00            .00
ST JAMES HOSPITAL & HEAL UNSECURED         NOT FILED           .00            .00
ST JAMES                 NOTICE ONLY       NOT FILED           .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46459 WAYNE A CLARK & CHRISTY N CLARK

```
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED             .00              .00
ST JAMES                  NOTICE ONLY    NOT FILED             .00              .00
US ATTORNEYS OFFICE       NOTICE ONLY    NOT FILED             .00              .00
US DEPT OF EDUCATION      UNSECURED       6366.45              .00          6366.45
DIRECT LOAN SERVICING CE  UNSECURED      NOT FILED             .00              .00
STUART B HANDELMAN        DEBTOR ATTY    1,100.00                          1,100.00
TOM VAUGHN                TRUSTEE                                            830.16
DEBTOR REFUND             REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  15,608.69

PRIORITY                                              .00
SECURED                                          4,100.00
UNSECURED                                        9,578.53
ADMINISTRATIVE                                   1,100.00
TRUSTEE COMPENSATION                               830.16
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                   15,608.69              15,608.69
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/28/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE